1  DOUGLAS J. MELTON  State Bar #161353
   LONG & LEVIT LLP
2  465 California Street, Suite 500
   San Francisco, CA  94104
3  TEL: (415) 397-2222  FAX: (415) 397-6392
   dmelton@longlevit.com
4
   ROY S. GORDET, ESQ.  State Bar #103916
5  ATTORNEY AT LAW
   98 Battery Street, Suite 601
6  San Francisco, CA 94111
   TEL: (415) 627-0300  FAX: (415) 627-0300
7  roy@gordetlaw.com

8  Attorneys for Plaintiff and Counter-Defendant
   CONWEST RESOURCES, INC., a Nevada
9  Corporation

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13  CONWEST RESOURCES, INC., a            CASE No. 4:06-cv-05304-SBA
    Nevada Corporation,
14
                    Plaintiff,
15                                         [PROPOSED] ORDER DISMISSING
          vs.                              DEFENDANT ADI DISTRIBUTORS, INC.
16                                         WITHOUT PREJUDICE
    PLAYTIME NOVELTIES, INC. d/b/a
17  EROSTAR EROTIC NOVELTIES, a
    Pennsylvania Corporation, ADI
18  DISTRIBUTORS, INC., a Pennsylvania
    Corporation, and THOMAS
19  SHERWOOD, an individual, citizen of
    U.S.A.,
20
                    Defendants.
21

22  AND RELATED COUNTERCLAIMS.

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1                [PROPOSED] ORDER DISMISSING DEFENDANT ADI
                 DISTRIBUTORS, INC. (No. 4:06-cv-05304-SBA)

1    Pursuant to the Stipulation of the parties, a copy of which is attached hereto as

2    Exhibit A, the Court hereby dismisses Defendant ADI DISTRIBUTORS, INC. without prejudice

3    pursuant to FRCP 41(a)(1)(ii).

     IT IS SO ORDERED.

4

5

6

7    **Dated:** _2/9/07_ _____            _Sandra B Armstrong_ _____

8                                    UNITED STATES DISTRICT MAGISTRATE JUDGE

9    DOCS\S0301-049\529071.V1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94101
(415) 397-2222

2

# EXHIBIT A

DOUGLAS J. MELTON  State Bar #161353
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222  FAX: (415) 397-6392
dmelton@longlevit.com

ROY S. GORDET  State Bar # 103916
ATTORNEY AT LAW
98 Battery Street, Suite 601
San Francisco, CA 94111
TEL: (415) 627-0300  FAX: (415) 627-0300
roy@gordetlaw.com

Attorneys for Plaintiff
CONWEST RESOURCES, INC., a Nevada
Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CONWEST RESOURCES, INC., a Nevada Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PLAYTIME NOVELTIES, INC. d/b/a EROSTAR EROTIC NOVELTIES, a Pennsylvania Corporation, ADI DISTRIBUTORS, INC., a Pennsylvania Corporation, and THOMAS SHERWOOD, an individual, citizen of U.S.A., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE No. 4:06-cv-05304-SBA <br><br> **STIPULATION OF DISMISSAL** <br><br> Dept:  3, Third Floor <br> Judge:  Saundra B. Armstrong |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION OF DISMISSAL (No. 4:06-cv-05304-SBA)

1         IT IS HEREBY STIPULATED by and between the parties to this action through

2    their designated counsel that the above-captioned action be and hereby is dismissed as to

3    defendant <u>ADI Distributors, Inc.</u> in its entirety without prejudice pursuant to FRCP 41(a)(1)(ii).

4

5    Dated: January 31, 2007              LONG & LEVIT LLP

6

7                                         By  _____

8                                             DOUGLAS J. MELTON

9                                             Attorneys for Plaintiff
                                         CONWEST RESOURCES, INC.

10

11    Dated: January 31, 2007              FREEMAN, FREEMAN & SMILEY, LLP

12

13                                         By  _____

14                                           BRADLEY D. ROSS
                                         Attorneys for Defendants

15                                             PLAYTIME NOVELTIES, INC., dba
                                         EROSTAR EROTIC NOVELTIES and
                                         THOMAS SHERWOOD

16

17

18

19    DOCS\S0301-042\528614.V1

20

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION OF DISMISSAL (No. 4:06-cv-05304-SBA)