**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

CONWEST RESOURCES, INC.,

    Plaintiff,

v.

PLAYTIME NOVELTIES, INC., *et al.*,

    Defendants.

No. C 06-5304 SBA

**ORDER**

Plaintiff Conwest Resources, Inc.'s Motion to Dismiss Counter Claims and Compel Arbitration of All Claims [Docket No. 58] and the Defendants' Motion to Stay of Arbitration Proceedings Pursuant to Federal Rule of Procedure 65 [Docket No. 63], currently scheduled to be heard on February 13, 2007, are taken under submission. The parties are advised that no hearing is required at this time. If necessary to supplement the arguments presented in the parties' motion papers, the Court will reschedule a hearing for a later date.

The case management conference is hereby continued and reset for April 25, 2007 at 3:30 PM, via telephone. Counsel for the plaintiffs are to set up the conference call with all the parties on the line and call chambers at (510) 637-559.

IT IS SO ORDERED.

February 13, 2007

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge

1