UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONWEST RESOURCES INC., | |
| Plaintiff(s), | No. C06-5304 SBA (BZ) |
| v. | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| PLAYTIME NOVELTIES, INC., et al., | |
| Defendant(s). | |

In view of defendants' scheduling problems and with the concurrence of Judge Armstrong, **IT IS HEREBY ORDERED** that the settlement conference scheduled for Thursday, July 5, 2007 is **continued** to **Tuesday, August 28, 2007 at 9:00 a.m.** The settlement conference order otherwise remains in full force and effect.

Having reviewed the settlement statements filed by each side, the court is skeptical that the parties are interested in pursuing a settlement.  Each side should carefully re-think its

1

1 | settlement position prior to the conference.

2 | Dated:   July 2, 2007

```
                              _____
                                     Bernard Zimmerman
                              United States Magistrate Judge
```

28 | G:\BZALL\-REFS\REFS.07\CONWEST.CONTINUE.SC.wpd

2