UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONWEST RESOURCES INC., | ) | |
| Plaintiff(s), | ) | No. C06-5304 SBA (BZ) |
| v. | ) | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| PLAYTIME NOVELTIES, INC., et al., | ) | |
| Defendant(s). | ) | |

In view of the plaintiff's scheduling problems and the parties being in agreement, **IT IS HEREBY ORDERED** that the settlement conference presently scheduled for Tuesday, August 28, 2007 at 9:00 a.m., be **CONTINUED** to **Tuesday, September 11, 2007 at 9:00 a.m.** The settlement conference order otherwise remains in full force and effect.  Settlement conference statements are due seven (7) days prior to the settlement conference.

Dated:  July 13, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.07\conwest.continue.sc.2.wpd

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23   G:\BZALL\-REFS\REFS.07\CONWEST.CONTINUE.SC.wpd
24
25
26
27
28