1  DOUGLAS J. MELTON  State Bar #161353
   LONG & LEVIT LLP
2  465 California Street, Suite 500
   San Francisco, CA 94104
3  TEL: (415) 397-2222  FAX: (415) 397-6392
   dmelton@longlevit.com
4
   ROY S. GORDET  State Bar # 103916
5  ATTORNEY AT LAW
   98 Battery Street, Suite 601
6  San Francisco, CA 94111
   TEL: (415) 627-0300  FAX: (415) 627-0300
7  roy@gordetlaw.com

8  Attorneys for Plaintiff
   CONWEST RESOURCES, INC., a Nevada
9  Corporation

10

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                              OAKLAND DIVISION

14 | CONWEST RESOURCES, INC., a           | CASE No. 4:06-cv-05304-SBA
   | Nevada Corporation,                  |
15 |                                      |
   |            Plaintiff,                |
16 |                                      |
   |    vs.                               |
17 |                                      | STIPULATION AND [XXXXXXX]
   | PLAYTIME NOVELTIES, INC. d/b/a       | ORDER TO ENLARGE TIME TO
18 | EROSTAR EROTIC NOVELTIES, a          | COMPLETE EARLY SETTLEMENT
   | Pennsylvania Corporation, ADI        | CONFERENCE
19 | DISTRIBUTORS, INC., a Pennsylvania   |
   | Corporation, and THOMAS              | Judge: Saundra B. Armstrong
20 | SHERWOOD, an individual, citizen of  | Dept.: 3
   | U.S.A.,                              |
21 |                                      | Settlement Conference Judge:
   |            Defendants.               | Bernard Zimmerman
22 |                                      | Dept.: G, 15th Floor

23

24  AND RELATED COUNTERCLAIMS

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIP. AND ORDER TO ENLARGE              1                    (No. 4:06-cv-05304-SBA)
TIME FOR SETTLEMENT CONF.

The parties herein, by and through their attorneys of record, hereby stipulate and agree that the time to complete an early Settlement Conference in this matter is continued to September 30, 2007.

SO STIPULATED.

Dated: July 17, 2007

LONG & LEVIT LLP

By _____
DOUGLAS J. MELTON
Attorneys for Plaintiff and Counter-Defendant CONWEST RESOURCES, INC.

Dated: July 12, 2007

PEPPER HAMILTON, LLP

By _____
M. KELLY TILLERY
Attorney for Defendant and Counter-Claimant PLAYTIME NOVELTIES, INC. and Defendant THOMAS SHERWOOD

ORDER

Pursuant to the parties' stipulation, the time to complete an early Settlement Conference in this matter is continued to September 30, 2007.

Dated: July 23, 2007

_____
Saundra B. Armstrong
JUDGE OF THE SUPERIOR COURT

DOCS\S0301-049\536243.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIP. AND ORDER TO ENLARGE TIME FOR SETTLEMENT CONF.

2

(No. 4:06-cv-05304-SBA)