UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONWEST RESOURCES INC.,           )
                                  )
            Plaintiff(s),         )      No. C06-5304 SBA (BZ)
                                  )
        v.                        )      **ORDER RE OVERDUE PAPERS**
                                  )
PLAYTIME NOVELTIES, INC., et )
al.,                              )
                                  )
            Defendant(s).         )
                                  )
_____      )

    TO:  Defendant Playtime Novelties, Inc. and its attorneys
of record:

    On and July 13, 2007, you were ordered to lodge a
Settlement Conference Statement seven days prior to the
conference, which is scheduled for September 11, 2007.  Your
statement was due September 4, 2007.  It was not received by
chambers.

    It is hereby **ORDERED** that if a statement is not lodged by
noon Friday, September 7, 2007, defendant will be sanctioned
$100 a day for each day's delay, beginning from the date it was

1

1  originally due.

2  Dated: September 6, 2007

3

4  _____
   Bernard Zimmerman
5  United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28