**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

CONWEST RESOURCES, INC.,           No. C 06-5304 SBA

    Plaintiff,                                **ORDER**

  v.

PLAYTIME NOVELTIES, INC., *et al.*,

    Defendants.

Having been advised that the parties in this matter have reached a settlement, the Court finds that a conditional dismissal is appropriate. Accordingly, it is ORDERED that this action is DISMISSED. In the event that the settlement is not fully executed, any party may move to reopen the case, provided that such motion is filed within three weeks of the date of this order. All scheduled dates are VACATED.

IT IS SO ORDERED.

September 11, 2007                                _____
                                                       Saundra Brown Armstrong
                                                       United States District Judge